IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS PERDICK, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF ALLENTOWN, | : | |
| Defendant. | : | No. 12-6302 |

## **ORDER**

AND NOW, on February 26, 2014, it is ORDERED, upon consideration of the briefs related to each of the motions and for the reasons stated in the accompanying memorandum, that:

1. Defendant City of Allentown's Motion for Summary Judgment (docs. 24, 26, 27, 30) is GRANTED, in part, and DENIED, in part;

2. Allentown's Motions in Limine to Preclude Evidence and Testimony Regarding Alleged Statements Made by Chief Roger J. MacLean (doc. 28) and to Preclude Plaintiff Douglas Perdick from Claiming He is a Qualified Individual Based on Judicial Estoppel (docs. 29, 31) are DENIED as moot;

3. The parties shall submit briefs, not to exceed five pages in length, regarding the merits of Perdick's Fourteenth Amendment procedural due process claim pursuant to 42 U.S.C. § 1983 within 14 day of this Order;

4. All case scheduling deadlines and dates, including the trial, are continued.

BY THE COURT:

 /s/ **Timothy R. Rice**
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE