IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS PERDICK, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF ALLENTOWN, et al., | : | |
| Defendants. | : | No. 12-6302 |

O R D E R

**AND NOW, TO WIT:** This **24th** day of **March, 2014**, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective July 1, 1995), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, without costs, pursuant to the agreement of counsel.

**MICHAEL E. KUNZ**
Clerk of Court


BY:   */s/ Chavela M. Settles*
       Chavela M. Settles
       Deputy Clerk to the
       Honorable Timothy R. Rice
       U.S. Magistrate Judge